Case 1:08-cv-01789-RWR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 5 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ISMAIL MOHAMED,  )
                 )
    Petitioner,  )
                 )
        v.       )      Civil Action No. 08-1789 (RWR)
                 )
ROBERT M. GATES, )
Secretary, United States Department of )
Defense,         )
                 )
    Respondent.  )

## [PROPOSED] ORDER

The Court, having considered the parties' Joint Status Report filed June 24, 2009, hereby

**ORDERS** that Respondent make arrangements to allow Petitioner Ismail Mohamed (ISN 10027)

to spend ___3___ day(s) (9 a.m. to 4:30 p.m.) in a meeting room at Camp Echo to review the

declassified, For Official Use Only (FOUO) versions of his statements included in the Factual

Return. Standard procedures for lunch and prayer time will be followed. Standard procedures

for notifying, moving, and securing Petitioner will also be in place. If Petitioner refuses to go to

the meeting room or asks to leave the meeting room at any point during the day, Guantanamo

Bay personnel will not force him to go to or to remain in the meeting room. Petitioner will not

be allowed to bring anything into the meeting room but will be supplied with a pen and note

paper, on which he would be allowed to take notes. Petitioner will be allowed to retain his notes

so long as they are not word-for-word copies of the FOUO documents or substantial portions

thereof.

IT IS SO **ORDERED**, this ___25th___ day of ___June___, 2009.

_____

Richard W. Roberts
United States District Judge